# EXHIBIT 4

## U.S. Patent No. 8,145,721 ("'721 Patent")

**Accused Instrumentalities**

Cox's Accused Instrumentalities includes without limitation the servers, relays, computers, and other infrastructure used to operate the Cox TV App, and all versions and variations thereof since the issuance of the asserted patent.

The Accused Instrumentalities infringe the claims in substantially the same way, and the evidence shown in this chart is similarly applicable to each Accused Instrumentality. Each claim limitation is literally infringed by each Accused Instrumentality. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because the differences between the claim limitation and each Accused Instrumentality would be insubstantial, and each Accused Instrumentality performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. Notably, at this time, it is unclear which, if any, particular claim limitations Defendant may contend are not met by the Accused Instrumentality.

**Claim 14**

| Claim 14 | Accused Products |
|---|---|
| 14. A server, capable of downloading a multimedia file to a user device, at least partly using a bandwidth limited connection, the server comprising: | To the extent the preamble is limiting, Cox provides a server, capable of downloading a multimedia file to a user device, at least partly using a bandwidth limited connection<br><br>For example, Cox operates a traditional, distributed server infrastructure, including streaming servers, CDN nodes, and media processing systems delivering video content to Cox TV App users across various network conditions.<br><br>*See e.g.* https://en.wikipedia.org/wiki/Adaptive_bitrate_streaming |

1

| Claim 14 | Accused Products |
|---|---|
| |  https://www.cox.com/residential/tv/watch-tv-online.html |

| Claim 14 | Accused Products |
|---|---|
| |  |
| [14a] a processor adapted to: Set-up a downloading service connection with a user device upon receiving a first request, | Cox's Cox TV App servers include a processor adapted to set-up a downloading service connection with a user device upon receiving a first request. For example, Cox's request handling infrastructure processes initial authentication requests followed by specific content delivery requests from Cox TV App users. *See e.g.* Exemplary Cox traffic capture |

3

| Claim 14 | Accused Products |
|---|---|
| |  |
| [14b] and to initiate a downloading via two bit streams upon receiving a second request from said user device to download a multimedia file, | Cox's Cox TV App servers initiate a downloading via two bit streams upon receiving a second request from said user device to download a multimedia file. For example, Cox's back-end content delivery system establishes connections with the Cox TV App and initiates content delivery. Adaptive streaming infrastructure prepare multiple quality versions. Cox's backend services are adapted to handle download requests, which receive the initial client request to begin a streaming or download session and establish the session context. The server infrastructure must be adapted to receive requests in order to act on them. *See e.g.* Exemplary Cox traffic capture: |

| Claim 14 | Accused Products |
|---|---|
|  | |
| [14c] receive said first request, and said second request. | Cox's Cox TV App servers receive said first request and said second request. |
|  | For example, Cox's request handling infrastructure processes initial authentication requests followed by specific content delivery requests form Cox TV App users. |
|  | *See e.g.* Exemplary Cox traffic capture: |

5

| Claim 14 | Accused Products |
|---|---|
|  | |

| Claim 14 | Accused Products |
|---|---|
| | |
| [14d] divide said multimedia file into a first part and a second part, for coding said first part, using a first coding, and for coding said second part, using a second coding, other than the first coding, wherein said processor is adapted to code said first part on the basis of throughput requirements for streaming said first part of said selected media file, | Cox's Cox TV App server divided said multimedia file into a first part and a second part, for coding said first part, using a first coding, and for coding said second part, using a second coding, other than the first coding, wherein said processor is adapted to code said first part on the basis of throughput requirements for streaming said first part of said selected media file.<br><br>For example, Cox's transcoding infrastructure creates various quality versions, including lower quality throughput-optimized bitrate renditions and higher-quality bitrate renditions. For example, the lower quality bitrate renditions are encoded by H.264 Main profile, with a maximum bandwidth of 363kbits/s. The higher-quality bitrate renditions are encoded by H.264 high profile, with a maximum bandwidth of 1.2 Mbits/s.<br><br>*See e.g.* Exemplary Cox program manifest: |

7

| Claim 14 | Accused Products |
|---|---|
|  | |
| [14e] store said first part and said second part | Cox's Cox TV App servers store said first part and said second part.<br><br>For example, Cox's distributed storage systems maintain various encoded renditions including streaming-optimized and high-quality versions.<br><br>*See e.g.* Exemplary Cox traffic capture: |

8

| Claim 14 | Accused Products |
|---|---|
|  | |
| [14f] stream a first bit stream, comprising the content of said first part when a first set of conditions, set by said processor, is fulfilled, | Cox's Cox TV App servers stream a first bit stream, comprising the content of said first part when a first set of conditions, set by said processor, is fulfilled. <br><br> For example, Cox's streaming servers implement condition-based delivery logic delivering logic delivering lower-bitrate content when conditions favor immediate playback and higher-bitrate content whe conditions support enhanced delivery. For example, the first part is streamed upon player initialization and until adequate bandwidth resources can be confirmed. <br><br> *See e.g.* Exemplary Cox program manifest: |

9

| Claim 14 | Accused Products |
|---|---|
| | |
| [14g] and for downloading a second bit stream, comprising the content of said second part when a second set of conditions, set by said processor, is fulfilled. | Cox's Cox TV App servers download a second bit stream, comprising the content of said second part when a second set of conditions, set by said processor, is fulfilled.<br><br>For example, Cox's streaming servers implement condition-based delivery logic delivering lower-bitrate content when conditions favor immediate playback and higher-bitrate content when conditions support enhanced delivery. For example, the second part is downloaded once a higher quality bandwidth connection can be confirmed.<br><br>*See e.g.* Exemplary Cox traffic capture: |

| Claim 14 | Accused Products |
|---|---|
| |  |

11