# EXHIBIT 5

## U.S. Patent No. 8,949,206 ("'206 Patent")

**Accused Instrumentalities**

Cox's Accused Instrumentalities includes without limitation the servers, relays, computers, and other infrastructure used to operate Cox Contour including Comcast DAI, and all versions and variations thereof since the issuance of the asserted patent.

The Accused Instrumentalities infringe the claims in substantially the same way, and the evidence shown in this chart is similarly applicable to each Accused Instrumentality. Each claim limitation is literally infringed by each Accused Instrumentality. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because the differences between the claim limitation and each Accused Instrumentality would be insubstantial, and each Accused Instrumentality performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. Notably, at this time, it is unclear which, if any, particular claim limitations Defendant may contend are not met by the Accused Instrumentality.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| 1. A system configured for creating multiple descriptor files, the system comprising: a processor; and a memory that stores processor-executable instructions therein where the processor interfaces with the memory and executes the processor-executable instructions to enable the following operations: | To the extent the preamble is limiting, Cox provides a system configured for creating multiple descriptor files, the system comprising: a processor; and a memory that stores processor-executable instructions therein. <br><br> For example, Cox Contour system actively creates different descriptor files, using DAI technology from Comcast. Captured manifests show identical content segments followed by differing ad segments with unique session IDs, indicating a server-side system, implemented on a processor and a memory that stores and executes processor-executable instructions, is generating these different manifests. <br><br> *See e.g.* Server-Side Ad Insertion (SSAI) Digital Video Ad Serving Template (VAST) Macro Guidance, Version 1.0, iab. Tech Lab, November 2020, at 1, 6 <br><br> **iab.**TECH LAB <br><br> The Digital Video Technical Standards Working Group consists of members from the following companies: |

1

| Claim 1 | Accused Products |
|---|---|



*See also* Cox Contour manifest captures watching NCIS S2E8, Captured December 22, 20225

2

| Claim 1 | Accused Products |
|---|---|
| [1a] receiving one or more source descriptor files and associated adaptive bit rate segments for one or more master content files, wherein the one or more source descriptor files includes a media presentation which has multiple periods spliced together into specific time periods and refer to the associated adaptive bit rate segments; | Cox Contour is configured to receive one or more source descriptor files and associated adaptive bit rate segments for one or more master content files, wherein the one or more source descriptor files includes a media presentation which has multiple periods spliced together into specific time periods and refer to the associated adaptive bit rate segments.<br><br>For example, the Cox Contour system receives source descriptor files (such as MPD) and associated adaptive bit rate segments that define how the media content received is organized into time segments and how those segments are spliced together. The Period tags in the captured manifests mark CBS News content segments followed by ad segments with precise timing.<br><br>*See e.g.* DASH Streaming specification 2019, page 12<br><br>Segments are assigned a duration, which is the duration of the media contained in the Segment when presented at normal speed. Typically, all Segments in a Representation have the same or a roughly similar duration. However, Segment duration may differ from Representation to Representation. A DASH presentation can be constructed with relative short segments (for example a few seconds), or longer Segments including a single Segment for the whole Representation.<br><br>*See also*: Cox Contour manifest captures watching NCIS S2E8 at different times from the same browser, captured December 22, 2025<br><br> |

3

| Claim 1 | Accused Products |
|---|---|
| | |
| [1b] receiving rules which provide details on how the multiple descriptor files are to be created; | Cox Contour is configured to receive rules which provide details on how the multiple descriptor files are to be created.<br><br>For example, Cox Contour system applies rules to create different descriptor files. The differing session IDs in the otherwise identical manifest files captured indicate that Cox receives rules that dictate how to customize the descriptor files for ad insertion, in accordance with SCTE 130.<br><br>*See e.g.* https://account.scte.org/standards/library/catalog/scte-130-1-dpi-advertising-systems-interfaces-part1-advertising-systems-overview/<br><br><br><br>Cox Contour manifest captures watching NCIS S2E8 at different times from the same browser, captured December 22, 2025 |

4

| Claim 1 | Accused Products |
|---|---|
|  |  |

| Claim 1 | Accused Products |
|---|---|
| [1c] creating the multiple descriptor files based on the rules and the one and more source descriptor files, wherein the multiple descriptor files include a media presentation based on the media presentation from the one or more source descriptor files, and wherein the creating operation is implemented by manipulating at least one of the one or more source descriptor files based on the rules without transcoding the one or more source descriptor files to an adaptive stream format and without generating new content files to create the multiple descriptor files; and | Cox Contour is configured to create the multiple descriptor files based on the rules and the one and more source descriptor files, wherein the multiple descriptor files include a media presentation based on the media presentation from the one or more source descriptor files, and wherein the creating operation is implemented by manipulating at least one of the one or more source descriptor files based on the rules without transcoding the one or more source descriptor files to an adaptive stream format and without generating new content files to create the multiple descriptor files.<br><br>For example, Cox Contour systems creates multiple descriptor files by manipulation without transcoding the source descriptor files to an adaptive stream format and without creating new content files. Both captured manifests, from two different browser sessions, reference identical content segments including identical URLs, while only the ad segments differ.<br><br>*See e.g.* Cox Contour manifest captures watching NCIS S2E8 at different times from the same browser, captured December 22, 2025<br><br> |

| Claim 1 | Accused Products |
|---|---|
| | |
| [1d] distribution one or more of the multiple descriptor files to one or more downstream systems. | Cox Contour is configured to distribute one or more of the multiple descriptor files to one or more downstream systems.<br><br>For example, Cox Contour system distributes the different versions of the source descriptor files to appropriate downstream systems, such as end users. The manifest captures show two different browser sessions receiving different manifests for the same content channel, with session-specific ad segments.<br><br>*See e.g.* Cox Contour manifest captures watching NCIS S2E8 at different times from the same browser, captured December 22, 2025 |

7

| Claim 1 | Accused Products |
|---|---|
|  |  |