# EXHIBIT 6

## U.S. Reissued Patent No. RE47,612 ("'612 Patent")

**Accused Instrumentalities**

Cox's Accused Instrumentalities includes without limitation the servers, relays, computers, and other infrastructure used to operate Cox Contour, and all versions and variations thereof since the issuance of the asserted patent.

The Accused Instrumentalities infringe the claims in substantially the same way, and the evidence shown in this chart is similarly applicable to each Accused Instrumentality. Each claim limitation is literally infringed by each Accused Instrumentality. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because the differences between the claim limitation and each Accused Instrumentality would be insubstantial, and each Accused Instrumentality performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. Notably, at this time, it is unclear which, if any, particular claim limitations Defendant may contend are not met by the Accused Instrumentality.

**Claim 26**

| Claim 26 | Accused Products |
|---|---|
| 26. A system for providing a content stream to a client via a network, the system comprising at least one processor programmed to execute instructions stored in memory, whereby the system is configured to: | To the extent the preamble is limiting, Cox provides a system for providing a content stream to a client via a network, the system comprising at least one processor programmed to execute instructions stored in memory. <br><br> For example, Cox Contour is a streaming platform delivering content to clients (TVs, apps) over IP networks, using server infrastructure with processors and memory. The playlist is delivered over HTTP to clients, showing network-based delivery and server-side manifest generation. <br><br> *See e.g.* https://www.cox.com/residential/tv/learn/contour-app.html <br><br> **Binge straight from your browser** <br><br> It's easy to stream TV anytime, anywhere on your laptop or computer. Stream live TV and thousands of On Demand<sup>SM</sup> shows and movies – all at no extra charge with your TV subscription. So what are you waiting for? |

1

| Claim 26 | Accused Products |
|---|---|
| |  *See also* Exemplary Cox Contour Traffic Capture |

| Claim 26 | Accused Products |
|---|---|
|  | ![Request Headers screenshot showing:]<br><br>Request Headers<br>GET /ipvod20/0ab22a99-eb15-4a77-b184-5228921de5dc/1766430842/M/HD/manifest.mpd?<br>StreamType=VOD_T6&AssetId=TLCH4026721401400002&ProviderId=tlc.com&DeviceId=54<br>**Client**<br>　Accept: */*<br>　Accept-Encoding: gzip, deflate, br, zstd<br>　Accept-Language: en-US,en;q=0.9<br>　User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, lik<br>**Miscellaneous**<br>　Referer: https://watchtv.cox.com/<br>**Security**<br>　Origin: https://watchtv.cox.com<br>　sec-ch-ua: "Google Chrome";v="143", "Chromium";v="143", "Not A(Brand";v="24"<br>　sec-ch-ua-mobile: ?0<br>　sec-ch-ua-platform: "Windows"<br>　Sec-Fetch-Dest: empty<br>　Sec-Fetch-Mode: cors<br>　Sec-Fetch-Site: cross-site<br>**Transport**<br>　Connection: keep-alive<br>　Host: ccr.mm-cox-ipvod-t6.wcdn.cox.net |
| [26a] receive a content stream, which may or may not contain advertising markers embedded therein, the advertising markers indicating where advertisements are to be placed in the content stream; | Cox Contour is configured to receive a content stream, which may or may not contain advertising markers embedded therein, the advertising markers indicating where advertisements are to be placed in the content stream.<br><br>For example, the Cox Contour delivery system ingests live, broadcast, and/or VOD streams with advertising markers embedded, as defined by the SCTE 35 Digital Program Insertion Cueing Message for Cable standard. These broadcast feeds are typically delivered as MPEG Transport Streams (MPEG-TS) which contain industry-standard SCTE-35 cueing messages that serve as "advertising markers" to signal upcoming ad breaks. This practice is standardized in SCTE 214-1, Section 7.7.3 ("Carriage of SCTE 35 as inband event messages"), which normatively describes how SCTE 35 cue messages (the advertising markers) are carried within the media segments. |

| Claim 26 | Accused Products |
|---|---|
| | *See e.g.* https://coxmedia.com/multichannel/digital-advertising/video-advertising <br><br> **Expand Your Reach to Any Screen With Video Advertising** <br><br> Build brand awareness and connect with your target audience whether they're streaming online video on a mobile device or watching their favorite shows with over-the-top television (OTT TV). Using advanced targeting capabilities and our Streaming service, Cox Media can ensure your message is delivered in a thoughtful and compelling way — wherever your customers are watching. |

| Claim 26 | Accused Products |
|---|---|
| |  **Source:** SCTE 67-2024 (p20) |
| [26b] determine if the content stream contains any of the advertising markers; | Cox Contour is configured to determine if the content stream contains any of the advertising markers.<br><br>For example, Cox's backend parses incoming streams for identifying advertising markers as specified in SCTE35.<br><br>*See e.g.* SCTE 35-23r1 at 9 |

5

| Claim 26 | Accused Products |
|---|---|
| | The recommended practices for SCTE 35 are contained in [SCTE 67] "Recommended Practice for Digital Program Insertion for Cable". |

### 1.2. Scope

This standard supports delivery of events, frame accurate or non-frame accurate, and associated descriptive data in MPEG-2 transport streams, MPEG-DASH and HLS. This standard supports the splicing of content (MPEG-2 transport streams, MPEG-DASH, etc.) for the purpose of Digital Program Insertion, which includes Advertisement insertion and insertion of other content types. This standard defines an in-stream messaging mechanism to signal splicing and insertion opportunities. As such, this standard does not specify the insertion method used or constraints applied to the content being inserted, nor does it address constraints placed on insertion devices.

Fully compliant MPEG-2 transport stream (either Multi Program Transport Stream or Single Program Transport Stream), MPEG-DASH content, etc. is assumed. No further constraints beyond the inclusion of the defined cueing messages are placed upon the stream.

This standard specifies a technique for carrying notification of upcoming points and other timing information in the transport stream. A splice information table is defined for notifying downstream devices of splice events, such as a network Break or return from a network Break. For MPEG-2 transport streams, the splice information table, which pertains to a given program, is carried in one or more MPEG Sections carried in PID(s) referred to by that program's Program Map Table (PMT). In this way, splice event notification can pass through most transport stream remultiplexers without need for special processing. For MPEG-DASH, the splice information table is carried in the DASH MPD (See [SCTE 214-1]) or in media segments (see [SCTE 214-2] and [SCTE 214-3]). Section 12.2 details how SCTE 35 messages are carried in HLS manifests.

### 1.3. Benefits

SCTE 35 is a key part of the eco-system to enable advertising and content distribution business. A common/well-formed signaling model enables downstream systems to be implemented in a cost effective, consistent and non-ambiguous fashion to achieve business objectives.

Exemplary Cox MPD File:

| | |
|---|---|
| [26c] segment the content stream into a plurality of content stream segments, wherein, when the advertising | Cox Contour is configured to segment the content stream into a plurality of content stream segments, wherein, when the advertising markers are present, the advertising markers remain in the content stream segments. |

| Claim 26 | Accused Products |
|---|---|
| markers are present, the advertising markers remain in the content stream segments; | For example, Cox segments streams for adaptive deliver, and the ad markers present in MPEG-TS are replicated into content stream manifests as defined by SCTE 35. Both content and ad periods in the manifest contain <SegmentTemplate> and <SegmentTimeline> tags, defining the segmentation. SCTE 214-1, Section 7.7.3 explicitly details carrying SCTE 35 markers in-band within the segments, confirming that the standard practice is to preserve the markers within the segmented structure. *See e.g. SCTE 35-23r1 at 6* SCTE 67-2024 at 20 |

| Claim 26 | Accused Products |
|---|---|
| | Figure 1 - System Overview |
| [26d] when the contend stream segments do not contain advertising markers, generate a manifest based on the content stream segments not containing advertising markers. | Cox Contour is configured to when the content stream segments do not contain advertising markers, generate a manifest based on the content stream segments not containing advertising markers.<br><br>For example, Cox generates manifests with content-only segments when there is no advertising markers detected.<br><br>*See e.g.* Exemplary Cox Contour streaming program |

| Claim 26 | Accused Products |
|---|---|
| |  DASH playlist for "Sister Wives" |

| Claim 26 | Accused Products |
|---|---|
| | |
| [26e] when the content stream segments contain advertising markers, determine if demographic information associated with the client is available | Cox Contour is configured to when the content stream segments contain advertising markers, determine if demographic information associated with the client is available. |
| | For example, Cox collects device and/or user data (where available) for ad targeting, and markets it to advertisers. Cox's advertising division, Cox Media, heavily promotes its ability to use subscriber data for targeting. For any given ad request triggered by a marker, the system is configured to query its demographic data sources to determine what information is available for the specific client/household to enable targeted advertising. |
| | *See e.g.* https://coxmedia.com/learning-hub/insights/building-for-the-future-emerging-digital-trends-for-2022-and-beyond/ |

10

| Claim 26 | Accused Products |
| --- | --- |
| | **Emerging Technology Will Enhance Audience Targeting Capabilities**<br><br>Even as our reliance on third-party cookies declines in the future, targeted advertising and optimized audience reach will still be possible through the use of emerging technologies that expand and enhance digital media reach.<br><br>Along with first-party data acquisition channels, Cox Media is invested in developing and supporting identity solutioning as a next-gen technology to target consumers down to the individual level. This innovation comes on top of our addressable TV solution, which makes it possible to deliver different ads to different households watching the same TV program—creating a new type of personalized ad experience that enables targeted delivery down to a single address.<br><br>As both local businesses and digital agencies look ahead to 2022, these digital trends and emerging capabilities must be accounted for when building ad campaigns that will connect with a target audience and maximize the ROI potential of your ad spending.<br><br>Cox Media prides itself on staying on top of those trends and adapting its own strategies to leverage new digital solutions and audience engagement opportunities. Read on to learn about the trends we believe will continue to shape the digital media landscape in 2022 and beyond.<br><br>https://coxmedia.com/learning-hub/insights/beyond-age-gender-the-precision-and-value-of-audience-based-solutions/ |

11

| Claim 26 | Accused Products |
|---|---|
| | **Expanded Targeting Tactics for a New Digital Audience**<br><br>As consumers embrace multiple options for consuming TV content, new advertising tools are needed to reach this audience no matter where they go. Traditional TV viewing is now joined by on-demand content, through connected TV and streaming platforms, in providing cross-platform viewing experiences to TV consumers—which means that cross-platform ad campaigns are now a necessity.<br><br>Audience-based solutions make this possible by harnessing the insights of both first-party set-top box (STB) data, as well as second and third-party data from integrated online ad platforms. Using these deeper layers of targeting, TVE ads can be narrowed to a specific audience and then delivered across multiple different platforms based on where that audience is spending their time.<br><br>Traditional demographics like age, gender, education level, and income bracket all offer value in defining and targeting a relevant audience for your business. However, the targeting value of these data points can be elevated significantly through audience-based selling strategies that leverage behavioral and other types of data to better identify the individuals your business is trying to reach. |
| [26f] when the content stream segments contain advertising markers and the demographic information associated with the client is available, generate the manifest based on the content stream segments and the advertisements, the advertisements to be included in the manifest determined based at least in part on the | Cox Contour is configured to when the content stream segments contain advertising markers and the demographic information associated with the client is available, generate the manifest based on the content stream segments and the advertisements, the advertisements to be included in the manifest determined based at least in part on the demographic information associated with the client. |

12

| Claim 26 | Accused Products |
|---|---|
| demographic information associated with the client; | For example, Cox SSAI workflow manifest includes shared content segment references, and targeted ad segments, selected based on user, device, and/or location data. Two synchronized captures of the same manifest streamed from different locations show common content segments, and viewer specific ad segments, with different ad BaseURL's in the MPD. This multi-period structure for ad insertion is standardized in SCTE 214-1, Section 12 ("Multi-period assets"). The ad is selected based on Cox's targeting capabilities, which include "Household Addressability" to "pinpoint very specific targets by household." <br><br> *See e.g.* https://coxmedia.com/learning-hub/insights/building-for-the-future-emerging-digital-trends-for-2022-and-beyond/ <br><br> **Emerging Technology Will Enhance Audience Targeting Capabilities** <br> Even as our reliance on third-party cookies declines in the future, targeted advertising and optimized audience reach will still be possible through the use of emerging technologies that expand and enhance digital media reach. <br><br> Along with first-party data acquisition channels, Cox Media is invested in developing and supporting identity solutioning as a next-gen technology to target consumers down to the individual level. This innovation comes on top of our addressable TV solution, which makes it possible to deliver different ads to different households watching the same TV program—creating a new type of personalized ad experience that enables targeted delivery down to a single address. <br><br> Exemplary Cox MPD's retrieved from two different clients at different locations: |

13

| Claim 26 | Accused Products |
|---|---|
| | <br> |
| **[26g]** when the content stream segments contain advertising markers and the demographic information associated with the client is unavailable, generate the manifest based on the content stream segments | Cox Contour is configured to when the content stream segments contain advertising markers and the demographic information associated with the client is unavailable, generate the manifest based on the content stream segments and the advertisements, the advertisements, the advertisements to be included in the manifest determined from generic advertisements or local advertisements |

14

| Claim 26 | Accused Products |
|---|---|
| and the advertisements, the advertisements, the advertisements to be included in the manifest determined from generic advertisements or local advertisements; and | For example, Cox defaults to generic or location-based ads when user demographic data is unavailable. Cox's marketing materials confirm this capability. If household-level demographic data is not available or not used for a particular ad opportunity, the system can fall back to a broader targeting category, such as inserting ads relevant to the client's geographic location ("location advertisements") or default national campaigns ("generic advertisements"). This ensures an ad is always served.<br><br>*See e.g.* https://coxmedia.com/multichannel/tv-advertising/<br><br>**Get Local and National Reach**<br><br>Connect with the right people to meet your goals, no matter where they live. If you want to reach local customers, TV ads are a great option. If you want to reach a national audience, you can add streaming TV and digital solutions like paid search or social media ads. Or, if you're looking for an expansive yet focused approach, you can use a strategic mix of both, which often produces the highest ROI.<br><br>Exemplary Cox MPD's retrieved from two different clients at different locations: |

| Claim 26 | Accused Products |
|---|---|
|  | |
| [27h] provide the content stream based on the manifest; | Cox Contour is configured to provide the content stream based on the manifest. |
|  | For example, the MPD manifest file is the mechanism by which the stream is provided. Cox's server system generates this complete XML file and transmits it to the client device (e.g., a device running the Contour TV App). The client's player then parses this manifest and uses the <BaseURL> and <SegmentTimeline> information to make a series of HTTP requests to fetch the individual content and ad segments in the prescribed order, effectively reconstructing the personalized stream. |
|  | *See e.g.* Exemplary Cox Traffic Capture: |

| Claim 26 | Accused Products |
|---|---|
|  | |

17

| Claim 26 | Accused Products |
|---|---|
| | **Response Headers**       [ Raw ]  [Header Definitions]<br>HTTP/1.1 200 OK<br>**Cache**<br>   Age: 32579<br>   Cache-Control: max-age=86400<br>   Date: Tue, 06 Jan 2026 08:52:58 GMT<br>**Entity**<br>   Content-Length: 3010<br>   Content-Type: video/mp4<br>   Last-Modified: Mon, 22 Dec 2025 19:21:57 GMT<br>**Miscellaneous**<br>   Accept-Ranges: none<br>   Server: 14302.el9<br>   X-MoneyTrace: trace-id=6f459ada-79f7-4c56-8195-9b22ef0cb1c2;parent-id=5561319357063258144;span-id=5561319357063258144<br>   X-Powered-By: viper-mod_super8-4.20.1-1<br>**Security**<br>   Access-Control-Allow-Headers: X-MoneyTrace<br>   Access-Control-Allow-Origin: *<br>   Access-Control-Expose-Headers: Content-Length,X-MoneyTrace,X-Reason<br>**Transport**<br>   Connection: keep-alive<br>   Via: http/1.1 syn-ec-ch2-01.northlake.il.ndcchgo.comcast.net (40.4765b627d2.el8 [uIcSsNfUpNeN:t cCSpSs ]), http/1.1 dnvlcdmid20.rd |
| [26i] wherein, when the content stream segments contain advertising markers, the manifest indicates timing of when to insert the advertisements relative to the content stream segments to that the content stream can be played in consecutive order. | Cox Contour is configured to wherein, when the content stream segments contain advertising markers, the manifest indicates timing of when to insert the advertisements relative to the content stream segments to that the content stream can be played in consecutive order<br><br>For example, Cox's manifest specifies ad segment URLs and timing to ensure seamless playback with ads at marker points. The manifest structure and tags ensure that content and ad segments are played in consecutive order, with the ad timing controlled by the manifest. The manifested contains ad segments placed at precise points. The manifest is an ordered list of <Period> elements. The player processes these periods sequentially. By placing ad-specific periods between content-specific periods, the manifest explicitly instructs the player when to switch from content to an ad, and for how long, ensuring a seamless and consecutive viewing experience. The 'duration' attribute of each period provides the precise timing information.<br><br>*See e.g.* Exemplary Cox MPD: |

| Claim 26 | Accused Products |
|---|---|
|  |  |

19