## RULE 7.1.1. STATEMENT

I hereby certify in accordance with Local Rule 7.1.1. a reasonable effort has been made to reach agreement with NovaCloud regarding the present Motion to Stay.  The parties met and conferred and NovaCloud indicates it opposes the motion.


*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1 36276795v.1